FILED
CLERK U.S. DISTRICT COURT
FEB - 8 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CR07-957ODW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| _[signature]_ | ) Allegations of Violations of Probation |
| | ) Supervised Release) |
| Defendant. | ) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: he can remain crime free

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

IT IS ORDERED that defendant be detained.

DATED: 2/8/12

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE